# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ALPER KOLCU,
    Plaintiff,

v.                               CASE NUMBER: 22-CV-1552

SHERIFF DENITA R. BALL,
    Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this case is **DISMISSED without prejudice**.

1/9/2024
Date

Gina M. Colletti
Clerk

/s/ Alexis H.
(By) Deputy Clerk