UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

ALPER KOLCU,
        Plaintiff,

v.                                                              Case No. 22-cv-1552

SHERIFF DENITA R. BALL.
        Defendant.

---

## ORDER

**IT IS ORDERED** that a telephonic status conference is scheduled for **June 20, 2024 at 10:00 a.m. Central Time.** The parties shall call the Court's conference line at 669-254-5252 and use Meeting ID 161 8470 1401 and Passcode 187773 to join the call and may be placed on hold until the Court accesses the call. Parties should call in prior to the time that the hearing is scheduled to begin so that there is no disruption to the court proceeding. *Counsel should email the court prior to the call at AdelmanPO@wied.uscourts.gov to provide the names and contact numbers of attorneys appearing in the event that the Court would need to contact them.*

Dated at Milwaukee, Wisconsin, this 15th day of May, 2024.

                                                              /s/ Lynn Adelman
                                                              LYNN ADELMAN
                                                              District Judge