**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**
**Milwaukee Division**

U.S. ____ ____URT
EASTERN ____ ____CT - WI
F____CO

2024 MAY 21  P 4: 05

____ ___ CUURT

| | |
|---|---|
| ALPER KOLCU,<br><br>            Plaintiff,<br><br>        v.<br><br>SHERIFF DENITA R. BALL,<br>            Defendant. | Case No. 22-CV-1552-LA<br><br>**COMPLAINT FOR CIVIL RIGHTS**<br><br>**JURY TRIAL DEMANDED** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE INSTANTER –
## THE FIRST AMENDED COMPLAINT, ECF 22 (4.25.2024)

I, Alper Kolcu, Pro Se Plaintiff hereby files this Motion for Leave to File

Instanter, The Separate Filing of First Amended Complaint which was attached to

the Amended Defendant List (ECF 22), filed on April 23, 2024. (Entered April 25)

In support of this Motion, Plaintiff relies upon the record in this case, and

submits the accompanying Plaintiff's Combined Brief in Support of the Motion for

Leave and Motion for Substitution.


Dated: May 21, 2024.

Alper Kolcu
225 N 66th St,
Milwaukee, WI, 53213
(312) 404-2424
alkolcu.legal@gmail.com

ALPER KOLCU,
            Plaintiff,

v.

SHERIFF DENITA R. BALL,
            Defendant.

Case No. 22-CV-1552-LA

**COMPLAINT FOR CIVIL RIGHTS**

**JURY TRIAL DEMANDED**

## PLAINTIFF'S MOTION FOR SUBSTITUTE DEFENDANTS INSTANTER THE FIRST AMENDED LIST, ECF 22 – Attachment #2  (4.25.2024)

I, Alper Kolcu, Pro Se Plaintiff hereby files this Motion for Substitute Defendant Sheriff Denita R. Ball, *Instanter*, The Separate Filing of First Amended Complaint which was attached to the Amended Defendant List (ECF 22).

In support of this Motion, Plaintiff relies upon the record in this case, and submits the accompanying Plaintiff's Combined Brief in Support of the Motion for Leave and Motion for Substitution.

Dated: May 21, 2024.

Alper Kolcu
225 N 66th St,
Milwaukee, WI, 53213
(312) 404-2424
alkolcu.legal@gmail.com