UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ALPER KOLCU,
        Plaintiff,

v.                                        Case No. 22-CV-1552

SHERIFF DENITA R. BALL.
        Defendants.

## COURT MINUTES OF CONFERENCE

Judge Lynn Adelman, presiding     Date: 06/20/2024
Time Commenced: 10:00 a.m.     Concluded: 10:18 a.m.
Deputy Clerk: KQV     Court Reporter: N/A

APPEARANCES:

Plaintiff: Alper Kolcu, pro se

Defendant: By Attorney Karen Tidwall

Nature of Conference: Telephonic Status Conference

Notes:    The parties discussed plaintiff's outstanding motions.