# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

ALPER KOLCU,
    Plaintiff,

v.                                 CASE NUMBER: 22-cv-1552

JOHN/JANE DOES, et al.,
    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is **DISMISSED** for plaintiff's failure to diligently litigate it.

4/1/2025                                                                Gina M. Colletti
Date                                                                     Clerk

                                                                                   /s/ Alexis H.
                                                                                      (By) Deputy Clerk